

DLA Piper LLP (US)
51 John F. Kennedy Parkway
Suite 120
Short Hills, New Jersey 07078-2704
www.dlapiper.com

David S. Sager
David.Sager@us.dlapiper.com
T   973.520.2570
F   973.215.2604

May 14, 2024

*Via ECF*

Hon. Julien Xavier Neals, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re:**   *La Quinta Franchising LLC v. Nisha Investments, LLC, et al.,* **No. 2:23-cv-23180**

Dear Judge Neals:

On behalf of plaintiff La Quinta Franchising LLC in the above-captioned matter, and in accordance with the Court's Notice of Call for Dismissal pursuant to Local Civil Rule 41.1(a) (ECF No. 6), enclosed please find the Declaration of Davis S. Sager.

Respectfully submitted,

*s/ David S. Sager*
David S. Sager

Enclosure